UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL ACTION NO. 3:22-CV-5210** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFF RICKY JONES, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 16] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that the following are DISMISSED as frivolous and for failing to state claims on which relief may be granted:

(1) Plaintiff Robert Paul Taylor's claims against Tensas Parish Detention Center;

(2) Plaintiff's claim that he did not receive his prescription medications in September 2020;

(3) the City of St. Joseph;

(4) Plaintiff's claim that Corporal Washington utilized excessive force on January 26, 2021;

(5) Plaintiff's claim that Corporal Washington placed him in administrative segregation for ten days;

(6) Plaintiff's claims against Nurse Whitney;

(7) Plaintiff's claim that Lieutenant England assaulted him on February 26, 2021;

(8) Plaintiff's claims that Defendants England and Washington

arranged for inmates to attack him or otherwise conspired with the attacking inmates;

(9) Plaintiff's claims against Warden Smith and Sheriff Jones in their official capacities; and

(10) Plaintiff's claim that Sheriff Jones maintained negligent hiring practices.

THUS, DONE AND SIGNED in Chambers this 20th day of April 2023.

_David C. Joseph_
_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE