# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| ROBERT PAUL TAYLOR | CIVIL DOCKET NO. 3:22-CV-5210 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| RICKY JONES, ET AL. | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. After an independent review of the record, noting the absence of objections filed, the Court concluded that the Magistrate Judges' REPORT AND RECOMMENDATION [Doc. 56] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS ORDERED that the MOTION FOR DEFAULT JUDGMENT [Doc. 45] filed by Plaintiff, Robert Taylor is DENIED.

THUS DONE AND SIGNED in Chambers on this 11th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE