UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL DOCKET NO. 6:22-CV-5210** |
| **VS.** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFF RICKY JONES, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for Report and Recommendation. After an independent review of the record, noting the absence of objections thereto having been filed, the Court concludes that the Magistrate Judges' REPORT AND RECOMMENDATION [Doc. 58] is correct and adopts the findings and conclusions as its own;

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Robert Paul Taylor's claims against Janna Chauvin are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m).

THUS DONE AND SIGNED in Chambers on this 29th day of April, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE