UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | CIVIL DOCKET NO. 3:22-CV-05210 |
| **VERSUS** | JUDGE DAVID C. JOSEPH |
| **RICKY JONES, ET AL.** | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 75] of the Magistrate Judge having been considered, noting the absence of objections having been filed, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 64] filed by Defendants, Sheriff Rickey Jones, Pat W. Smith, Nolan Bass, Nurse Frazier, and Nurse Harvey is GRANTED IN PART, and that Plaintiff, Robert Paul Taylor's claims under 42 U.S.C. § 1983 related to his postponed August 31, 2021 medical appointment asserted against Defendants, Pat W. Smith, Nolan Bass, Nurse Frazier, and Nurse Harvey are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 64] otherwise is DENIED.

Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter is referred to Magistrate Judge Kayla D. McClusky to conduct an evidentiary hearing pursuant to *Flowers v. Phelps*, 956 F.2d 488 (5th Cir.), modified in part on other grounds, 964 F.2d 400 (5th Cir. 1992), and submit a Report and Recommendation to the Court.

THUS DONE AND SIGNED in Chambers on this 9th day of January 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE