# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ROBERT PAUL TAYLOR** | **CIVIL DOCKET NO. 3:22-CV-5210** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RICKY JONES, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 95] of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED that Plaintiff Robert Paul Taylor's pending MOTION TO CONFIRM DEFAULT JUDGMENT [Doc. 88] against Defendants R. England and Cpl. Washington is DENIED, and that the Clerk of Court's entries of default against said Defendants are set aside.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of remaining Defendants, Sheriff Ricky Jones, Pat W. Smith, Nolan Bass, Roosevelt England (sued as, "Robert England" or "R. England"), Marzavian Washington (sued as, "Corporal Washington" or "Cpl Washington"), and their unnamed "Insurer," and against Plaintiff Robert Paul Taylor, DISMISSING, with prejudice, Plaintiff's claims, in their entirety, at his cost. FED. R. CIV. P. 54(d)(1) and 28 U.S.C. § 1920. The case is closed.

THUS DONE AND SIGNED in Chambers on this 13th day of June 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE